

# NUMBER 13-26-00537-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.J.C. AND C.N.C., CHILDREN

### ON APPEAL FROM THE 201ST DISTRICT COURT
### OF TRAVIS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Peña**

On May 6, 2026, appellant filed a notice of appeal attempting to appeal an order on a motion for enforcement and income withholding signed on February 5, 2026, in trial court cause number D-1-FM-16-005734.[1] On May 8, 2026, the Clerk of the Court

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket-

requested that appellant pay the $205.00 filing fee. On July 15, 2026, the Clerk of the Court again requested that appellant pay the $205.00 filing fee within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE § 51.207 (delineating the required fees and costs in an appellate court). Appellant was further notified that if the filing fee was not paid within 10 days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Also on July 31, 2026, the appellant filed a motion for extension of time to file appellant's brief, which contained requests to grant the motion for extension of time to file appellant's brief, suspend the briefing timeline, and direct the court reporter to file the reporter's record.

To date, appellant has failed to pay the filing fee for the notice of appeal or otherwise respond to the clerk's notices. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee nor responded to other notices as required. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). As such, appellant's motions for more time to file a brief, to suspend the briefing timeline, and to direct the court reporter

---

equalization order issued by the Supreme Court of Texas. *See* Tex Gov't Code §§ 22.220(a), 73.001.

to file the reporter's record are denied as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
6th day of August, 2026.